March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

CONSENT TO PROCEED BY
VIDEOCONFERENCE

-v.-

19 cr 833 (SHS)

Chastie, et al.         Defendant(s).
-------------------------------------------------------------- x

Defendant _Mattie Chang_ hereby voluntarily consents to participate in the following proceeding via videoconferencing

___ Initial Appearance/Appointment of Counsel

___ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

X  Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Mattie Chang_
Print Defendant's Name

_____
Defense Counsel's Signature

_Mark I. Cohen_
Print Defense Counsel's Name

This proceeding was conducted by reliable ~~video~~ tele conferencing technology

12/14/2020
Date

_____
U.S. District Judge/ ~~U.S. Magistrate Judge~~