**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

June 15, 2021

**VIA ECF**
The Honorable Sidney H. Stein
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Mattie Cirilo*
      19 Cr. 833 (SHS)

Dear Judge Stein:

    Please recall that we represent Ms. Mattie Cirilo in her defense of the above-captioned matter. By this Court's order, Ms. Cirilo is required to file her sentencing letter with the Court by close of business today. The defense is filing this request contemporaneously with its sentencing letter to seek permission from Your Honor to submit the entire sentencing memorandum under seal. The defense respectfully submits that it is necessary and in the interest of justice to seal the memorandum given the non-public, personal, and sensitive nature of its contents, which, we submit, outweighs the presumption of public access.

Respectfully submitted,

Mark I. Cohen

MIC/gmf

Cc:   A.U.S.A. Kiersten A. Fletcher (via ECF)
      A.U.S.A. Benet J. Kearney (via ECF)
      A.U.S.A. Robert B. Sobelman (via ECF)
      Ms. Mattie Cirilo (via email)

**Defendant's request to seal her sentencing submissions is granted.**

Dated:   New York, New York
         June 16, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.